# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFF A. ODEGAARD,<br><br>               Plaintiff,<br><br>   v.<br><br>VCA CROWN HILL ANIMAL HOSPITAL,<br><br>               Defendant. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C09-0740JLR |

☐ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendant's motion to dismiss is GRANTED and this action is DISMISSED.

Dated this 25th day of January, 2010.

                                                  BRUCE RIFKIN
                                                      Clerk

                                                  s/Mary Duett
                                                  Deputy Clerk